GERMAN AMERICAN REAL ESTATE TITLE GUARANTEE COMPANY
*v.* GERRIT J. W. VAN SLINGERLANDT et al.

(Submitted January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme Court, in the first judicial department, made June 12, 1891, which granted a motion to dismiss the appeal of Jacob Wettlauffer from an order confirming the report of a referee as to the distribution of certain surplus moneys.

*B. C. Chetwood* for appellant.

*T. C. Ennever* for McElwee et al., respondents.

Agree to dismiss appeal; no opinion.
All concur, except MAYNARD, J., taking no part.
Appeal dismissed.